UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-87-H

ELSWORTH SAMUELS                                                              PETITIONER

V.

BECKY PANCAKE                                                                  RESPONDENT

**MEMORANDUM OPINION AND ORDER**

The Magistrate Judge has filed Findings of Fact, Conclusions of Law and Recommendation with regard to the petition for writ of habeas corpus. The Court has reviewed those recommendations as well as Petitioner's objections to it. It appears that the state bureau of prisons may well have improperly calculated Petitioner's original sentence. However, Petitioner has not sought the proper relief in state court before coming here. If Petitioner files a proper request, it would be a matter for the state courts to consider. As for this Court's ability to act, however, the Court agrees with the Magistrate Judge's findings in every respect. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and Recommendation are ACCEPTED and the petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that in accordance with the Magistrate Judge's recommendation, the certificate of appealability under 28 U.S.C. § 2253(c) is DENIED because reasonable jurists could not debate the determination of this Court on the constitutional and

procedural issues.

This is a final and appealable order.

cc: Elsworth Samuels, *Pro Se*
    Counsel of Record
    Magistrate Judge Dave Whalin